**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DONALD BEST,                                                                                        PLAINTIFF
ADC #151745

v.                                              5:19CV00224-JM-JTK

BRENT COX, et al.                                                                              DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.   Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Defendants' Motion for Summary Judgment (Doc. No. 29) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

2.      Plaintiff's Motions for Summary Judgment (Doc. Nos. 25, 39) are DENIED.

3.      Plaintiff's Motion for Video (Doc. No. 38) is DENIED as moot.

4.      Plaintiff's request for a hearing (Doc. No. 47) is DENIED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of November, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1