# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DONALD BEST,                                                                                        PLAINTIFF
ADC #151745

v.                                    5:19CV00224-JM-JTK

BRENT COX, et al.                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 9th day of November, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE